IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICHARD ANDREW GALLE**                                              **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO.  1:03cv917-JMR**

**RUFUS H. "BUD" REITZEL and**
**ASSET ACCEPTANCE, LLC**                                             **DEFENDANTS**

_____

### FINAL JUDGMENT

This matter came before the Court, *sua sponte*, due to the failure of the Plaintiff to initiate arbitration as ordered by this Court.  The Court, after a full review and consideration of the record and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is hereby dismissed without prejudice.  All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 23rd day of June, 2011.

_____s/ John M. Roper, Sr._____
CHIEF UNITED STATES MAGISTRATE JUDGE